IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRITTNI TRECE SHEPHERD, ET AL.**                                                            **PLAINTIFFS**

**VS.**                         **CASE NO. 2:06CV00071 JMM**

**STOLLER ENTERPRISES, INC., ET AL.**                                                  **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaints in the above styled cases be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED this __22__ day of January, 2007.

_____
James M. Moody
United States District Judge